United States District Court
Southern District of Texas
ENTERED

JUL 10 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 09 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. HO7421 and CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. LHP3205 § § § § § § § § § § Plaintiffs § § V. § § RICHARD PONTIER, § § Defendant § | CAUSE NO. B-97-194 |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO APPEAR

BE IT REMEMBERED that on this day came on to be heard Defendants' Motion for Leave to Appear, and after the Court considering same is of the opinion that it should be GRANTED. Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that Eddie Treviño, Jr., is permitted to appear as attorney of record in behalf of Defendant in the litigation of this case for purposes, and only for purposes, of attending a hearing on Defendant's Motion for Summary Judgment currently scheduled in this matter for 2:00 p.m., July 9, 1998.

Signed on this the 9TH day of JULY, 1998.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE