63

United States District Court
Southern District of Texas
ENTERED

JUL 10 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 09 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. HO7421 and CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. LHP3205, <br><br>    Plaintiffs <br><br>V. <br><br>RICHARD PONTIER, <br><br>    Defendant | § § § § § § § § § § § § § § § § § § | CAUSE NO. B-97-194 |

## ORDER

Before this Court is Plaintiffs' Motion for Summary Judgment. After reviewing the motion, the responses, and the pleadings on file herein, and after hearing argument, if any, from the parties, the Court of the opinion that Plaintiffs' Motion for Summary Judgment is meritorious and should be GRANTED.

This Court finds that Defendant Richard Pontier willfully breached the cooperation clause of Certificate of Insurance No. HO7421 and Certificate of Insurance No. LHP3205. This Court further finds that Defendant Richard Pontier has no standing to bring a counterclaim against Plaintiffs as he has failed to comply with the cooperation clauses in Certificate of Insurance No. HO7421 and Certificate of Insurance No. LHP3205.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED:

Plaintiffs' Motion for Summary Judgment is GRANTED and

Defendant Richard Pontier shall pay Plaintiffs reasonable and necessary attorneys' fees incurred by Plaintiffs in bringing this suit for declaratory judgment, in the amount of $_____.

SIGNED this 9TH day of JULY 1998, at Brownsville, Texas.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE