No. 98-41024

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

   Plaintiff - Appellee-Cross-Appellant

v.

RICHARD PONTIER, JR

   Defendant - Appellant-Cross-Appellee

**U.S. COURT OF APPEALS**
**FILED**
JAN 1 9 1999
**CHARLES R. FULBRUGE III**
**CLERK**

United States District Court
Southern District of Texas
FILED
JAN 2 2 1999
Michael N. Milby
Clerk of Court

### ENTRY OF DISMISSAL

Pursuant to the foregoing motion of Cross-Appellant, Certain Underwriters at Lloyd's, London, FED. R. APP. P. 42, and 5TH CIR. R. 42.1, the above referenced appeal for Cross-Appellant, Certain Underwriters at Lloyd's, London was duly entered dismissed this 19th day of January, 1999.

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

    By: /s/ Dawn Shulin
      Dawn Shulin, Deputy Clerk

    FOR THE COURT - BY DIRECTION

DIS-4

     U.S. Court of Appeals, Fifth Circuit
    By /s/ Dawn Shulin
         Deputy JAN 1 9 1999
  New Orleans, Louisiana

Case No. 98-41024

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

      Plaintiff - Appellee

v.

RICHARD PONTIER, JR

      Defendant - Appellant


(REVISED CAPTION)

**United States Court of Appeals**

FIFTH CIRCUIT
OFFICE OF THE CLERK

United States District Court
Southern District of Texas
RECEIVED

JAN 22 1999

Michael N. Milby, Clerk of Court

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

January 19, 1999

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
500 East 10th and Elizabeth
Room 234
Brownsville, TX 78520

No. 98-41024 Certain Underwriters v. Pontier
USDC No. B-97-CV-194

Enclosed is a certified copy of the judgment issued as the mandate for Certain Underwriters at Lloyd's, London.

The appeal of Richard Pontier remains pending before this court. A revised copy of the caption is enclosed for future filings.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Dawn Shulin*
Dawn Shulin, Deputy Clerk

/dms
cc: w/encl:
   Mr Ronald Edwin Tigner
   Mr J Martin Clauder

MDT-1

Case 1:97-cv-00194   Document 70   Filed in TXSD on 01/22/1999   Page 4 of 4

------------------------------------

```
Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
500 East 10th and Elizabeth
Room 234
Brownsville, TX  78520
```