No. 98-41024

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
JAN 11 1999
CHARLES R. FULBRUGE III
CLERK

**CERTAIN UNDERWRITERS,**

Plaintiffs — Appellees — Cross-Appellants

v.

**PONTIER,**

Defendant — Appellant — Cross-Appellee

**On Appeal from the United States District Court for the
Southern District of Texas-Brownsville Division**

---

## CROSS-APPELLANTS' UNOPPOSED
## MOTION TO WITHDRAW CROSS-APPEAL

---

TO THE HONORABLE FIFTH CIRCUIT COURT OF APPEALS:

Cross-Appellants, CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. HO7421 and CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. LHP3205 (hereinafter "Underwriters"), file this, their Unopposed Motion to Withdraw Cross-Appeal. In support of this motion, Underwriters show as follows:

1. Underwriters no longer desire to prosecute their appeal and hereby request that it be withdrawn.

2. Underwriters' counsel has conferred with counsel for Appellant, Richard Pontier, and he is unopposed to this Motion.

3. Pursuant to FIFTH CIRCUIT RULE 42.1, Underwriters respectfully request that the clerk enter an order dismissing their cross-appeal.

## PRAYER

WHEREFORE, Cross-Appellants, CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. HO7421 and CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. LHP3205, respectfully request that the Court dismiss their Cross-Appeal in accordance with FIFTH CIRCUIT RULE 42.1.

Respectfully submitted,

_Ronald E. Tigner_
Ronald E. Tigner
State Bar No. 20028000

ATTORNEY-IN-CHARGE
FOR CROSS-APPELLANTS
CERTAIN UNDERWRITERS AT
INTEREST AT LLOYD'S, LONDON
SUBSCRIBING TO CERTIFICATE
OF INSURANCE NO. HO7421 **and**
CERTAIN UNDERWRITERS AT
INTEREST AT LLOYD'S, LONDON
SUBSCRIBING TO CERTIFICATE
OF INSURANCE NO. LHP3205

Of Counsel:
**GREENBERG, PEDEN,**
**SIEGMYER & OSHMAN, P.C.**
Cynthia A. Holub
State Bar No. 00796773
12 Greenway Plaza, 10th Floor
Houston, Texas 77046
Telephone (713) 627-2720
Facsimile (713) 627-7057

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Cross-Appellants' Unopposed Motion to Withdraw Cross-Appeal has been forwarded to counsel for Appellant--Cross-Appellee on this 8th day of January, 1999 properly addressed as follows:

Mr. J. Martin Clauder
2727 Weslayan, Suite 100
Houston, Texas 77027
**Certified Mail, Return Receipt Requested No. Z 551 800 452**

_____
Ronald E. Tigner

VAN70011\002\134354_1
SBARKER 1/8/99                                3

No. 98-41024

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

CERTAIN UNDERWRITERS,

Plaintiffs — Appellees — Cross-Appellants

v.

PONTIER,

Defendant — Appellant — Cross-Appellee

On Appeal from the United States District Court for the
Southern District of Texas-Brownsville Division

## ORDER GRANTING CROSS-APPELLANTS' UNOPPOSED MOTION TO WITHDRAW CROSS-APPEAL

Before the Court is Cross-Appellants', CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. HO7421 and CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. LHP3205, Unopposed Motion to Withdraw Cross-Appeal. The Court is of the opinion that same should be GRANTED. IT IS THEREFORE

ORDERED, ADJUDGED and DECREED that Cross-Appellants', CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. HO7421 and CERTAIN UNDERWRITERS AT INTEREST AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE OF INSURANCE NO. LHP3205, Cross-Appeal is dismissed.

SIGNED this _____ day of _____, 1999.

PRESIDING JUDGE FOR
THE FIFTH CIRCUIT COURT OF APPEALS