# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

United States District Court
District of Texas
FILED
MAY 12 1999
Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
FILED
APR 19 1999
CHARLES R. FULBRUGE III
CLERK

Certain Underwriters at Lloyd's London v. Richard Pontier, Jr.      No. 98-41024

The Clerk is requested to tax the following costs against: Appellant, Richard Pontier

**NOTE:** The Bill of Costs is due for filing in this office within 14 days from the date of the opinion, in accordance with Rule 39 F.R.A.P. If a bill of costs is not timely filed in this office, processing can be accomplished only by the filing of a formal motion for leave to file same out of time.

| COSTS TAXABLE UNDER FRAP & LOCAL RULES 39 | REQUESTED | | | | ALLOWED (if different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page | Total Cost | No. of Documents | Pages per Document | Cost per Page | Total Cost |
| Docket fee ($100.00) | | | | $100.00 | | | | |
| Appendix or Record Excerpts | 11 | 18 | $.25 | $49.50 | 11 | 18 | .25 | 49.50 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 11 | 50 | $.25 | $137.50 | 11 | 50 | .25 | 137.50 |
| Appellant's Reply Brief | | | | | | | | |
| Other: District Court Reporter's Transcript, fee for filing Notice of Cross-Appeal | | | | $125.00 $105.00 | | | | |
| | | | Total $ | $517.00 | | | | |

Costs are hereby taxed in the amount of $ 187.00 this 3rd day of May, 1999.

By Jennifer C. Daniels
Deputy Clerk

CHARLES R. FULBRUGE III, CLERK

Costs are taxed in the amount of $ 187.00

State of
County of

I Ronald E. Tigner , do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 16th day of April, 1999.

Ronald E Tigner