# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 98-41024
Summary Calendar

D.C. Docket No. B-97-CV-194

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

    Plaintiff - Appellee

v.

RICHARD PONTIER, JR

    Defendant - Appellant

U.S. COURT OF APPEALS
**FILED**
APR 09 1999
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAY 12 1999
Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

## JUDGMENT

This cause came on to be heard on the record on appeal and was taken under submission on the briefs on file.

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the District Court in this cause is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAY 0 3 1999



A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana